# Exhibit "B"



**Michele A** <foxstang5@gmail.com>  Nov 30, 2015, 11:47 PM
to FS-AS, bcc: me, bcc: Michele, bcc: HeberWildHorses

Hi,

A few months ago I had inquired about the horse censuses that were taken in the Heber Wild Horse Territory and was provided with the following information:

"Thank you for contacting the Apache-Sitgreaves National Forests. The first census was done in 1974 when 7 horses (1 stallion and 6 mares) were counted. The next count of note was in 1993 when 2 mares were found on the Territory. The aerial survey in 2014 showed 14 adults and 4 foals on the Territory. The aerial survey in February 2015 showed 15 adults and 1 foal on the Territory. The ASNfs do aerial surveys of the entire forests. In the intervening years between 2003-2014 Arizona Game & Fish have also done surveys."

Could you please provide me with the information regarding the horse surveys of the entire Apache Forest between 1974 and 2013.

Thank you so much in advance.

Kind regards,
Michele Anderson

---

**Johnson, Steven M -FS** <stevenmjohnson02@fs.fed.us>  Dec 10, 2015, 10:59 AM
to me

Michele Anderson,

There have been no surveys conducted during that time frame.

Steve Johnson
Information Assistant
Forest Service
Apache-Sitgreaves National Forests, Supervisor's Office
p: 928-333-6348
f: 928-333-5966
stevenmjohnson02@fs.fed.us
30 S. Chiricahua Dr
Springerville, AZ 85938
www.fs.fed.us

Caring for the land and serving people

---

 Virus-free. www.avg.com