# Exhibit "C"

Morenci    *Phelps Dodge Mercantile Co*    Arizona



# The clothes to buy now

In these times everyone consults his conscience when preparing for his immediate and future needs.

Hoarding is contrary to the public good. Intelligent economy is a patriotic duty.

Many men need clothes now. Buy for a reasonable time ahead but don't hoard.

You will practice intelligent economy if you go to the Styleplus store and buy a Styleplus suit at $21 (green label) or $25 (red label). These clothes were delivered this season but the materials were bought under previous market conditions. Each grade is the same price the nation over.

For your assurance we announce that Styleplus suits for the coming Fall season will be made in two grades $25 and $30; Styleplus overcoats in three grades $25, $30, and $35.

Get the Styleplus habit. You will wear stylish serviceable clothes at prices that permit thrift and destroy the temptation to hoard.

You know the prices today and we tell you now the prices for the coming Fall season.

Look for the Styleplus label    $21—Green Label
in the coat    $25—Red Label

## Styleplus Clothes
## $21 AND $25
Each grade the same price the nation over

Henry Sonneborn & Co., Inc.    Founded 1849    Baltimore, Md.

## AMERICA'S ONLY KNOWN-PRICED CLOTHES

Morenci    *Phelps Dodge Mercantile Co*    Arizona

UNITED STATES FOOD ADMINISTRATION LICENSE NO. G-18942.

---

## The Morenci Leader

Items of Local Interest by Special Correspondent.

Ben M. Crawford, of Clifton, was in Morenci Tuesday greeting old friends and incidentally reminding them of the coming primaries.

Dr. G. W. Blatherwick arrived home from the coast on Tuesday evening last after a month's visit during which he attended the funeral of his brother.

Mr. and Mrs. Paul Drake returned on last Saturday from an extended visit with relatives in Kansas.

W. G. Ansley, of Clifton, was a

her husband has been employed with the P. D. Corporation.

Mrs. John Kiddie and family last week on an extended visit with relatives in Los Angeles.

Mr. and Mrs. J. J. Rascoe spent the Fourth visiting with their son Virgil Cody Cody.

Mr. and Mrs. W. W. Dutton and daughter left on Thursday morning for a month's visit at Potter's and Hot Springs, Ark.

C. E. Hull will leave Sunday morning for a three weeks vacation visit with his family at Long Beach, Cal.

Juan Montes is sporting a new Velie automobile he purchased in the river during the day. Most all

Frank Cicerrelli of the general office was among the Navy recruits who went to El Paso Thursday morning to take the examination.

It was a jolly party of twenty young people who spent last Saturday night and Sunday at Potter's ranch above Clifton. Six married couples were among the party acting as chaperones. The trip was made in three automobiles and was a most enjoyable one. A number of the party are suffering from sunburn received while swimming in the river.

Moreoci experienced one of the quietest Fourth of July ever known in years. A number of families enjoyed picnics down along

---

## SECOND RED CROSS WAR FUND DRIVE MORENCI, ARIZONA, MAY 20-27, 1918.

| Subscriber | Total Amount | Number | Days Pay | More | Less | Paid Cash | Through Amount Pay Roll in Cash | Amt. Thru Pay Roll | Average Per Subscriber |
|---|---|---|---|---|---|---|---|---|---|
| Arizona Copper Co. Employees | 4670.74 | 1200 | 847 | 248 | 105 | 114 | 1686 | 790.48 | 3889.26 | $3.89 |
| Phelps Dodge Corporation Employees | 4420.30 | 1197 | 449 | 95 | 433 | 122 | 1075 | 842.75 | 3577.75 | $3.70 |
| Morenci Southern Railway Employees | 130.50 | 29 | 17 | 2 | 20 | 29 | | 130.50 | | $2.24 |
| Others Than Above | 1380.70 | 448 | | | | | | 1380.70 | | $3.05 |
| Phelps Dodge Corporation | 6000.00 | | | | | | | | | |
| TOTAL | 16582.44 | 2895 | 1525 | 345 | 558 | 724 | 2161 | 8124.43 | 7458.01 | $5.40 |

Average per subscribed, exclusive of P. D. Corporation, $5,990.00 ....$3.67.
Average figured on population of 5010, exclusive of P. D. Cor. $5,000.00 $2.11
Average figured on population of 5010, on total amount subscribed.....$2.11

---

the departments of the copper companies which were closed excepting the mines which were worked as usual. A special sale of War Savings Stamps was carried on all day, resulting in the total of 345 stamps. Each stamp entitled the purchasers to admission to the dance held in the Morenci Club in the evening. A large crowd was in attendance at the dance which was continued until late.

A number of the youngsters on the hill gave an amateur circus in the yard at the F. McLean residence last Wednesday evening. The affair was a benefit for the local branch of the Red Cross. Was quite a success. The parade was the attractive feature and collections was made at that time. The handsome sum of $11.06 was realized from the affair. The participants were: Margaret Owen, Margery McLean, Donald McLean, Cedric Lutz and Ellen Lutz.

### Hogwallow News
DONE BOYTE, Appropriated
By curge Bingham

Columbus Allsop now has only one string left on his bass fiddle. He is gradually retiring from musical circles.

Washington Hocks was mingling with his many friends at the Dog Hill church last Sunday and accidentally brought home a song book.

While in Tickville this week the Deputy Constable acted as traffic officer while a person crossed the street.

Clab Hancock fooled his blind horse yesterday by loading up his wagon with a big load of feathers.

Raz Barlow has been told by Miss Flutie Belcher that she will let him know in a month. He will have his clothes pressed while he waits.

Sidney Hocks, who has been chaperoning a wheat thresher around over this part of the country for some time has returned home. He has not yet decided what he will do with his money.

But Smith, well known operator of the Hog Ford moonshine still says the proposed "absolute" prohibition movement will not affect his business any way as it goes, as he has always been bitterly opposed by the government any way. He is of the opinion that they will be a little more lenient with him than in the past from the fact that he has always used grain very sparingly in the manufacture of his goods.

Elick Hellwanger was the party of the first part in a shooting affray at the Hog Ford moonshine still house Saturday afternoon. However, he got the advantage of his opponent and fired at him several times in succession, under the plea of self-defense. One of the shots might have hit a lady who was passing but it now struck Poke Easley in the left leg.

Slim Pickens has fortified himself against the fall rains by buying two storm-proof celluloid collars.

Dock Hocks says before a couple gets married they can walk in a path side by side, but after they've been united for awhile they travel goose fashion.

A new clothing store has been opened at Tickville. Until they build up a good business they will sell below cost.

Luke Mathewals stole the whistle of the Gander Creek saw-mill last week. He says as soon as he can get hold of the other necessary parts he will start up.

The Tickville Brass Band gave an open-air concert to a large and unappreciative audience Saturday evening.

The Widow of the Calf Ribs neighborhood has announced that she will have a coming-out party next Saturday night.

Tobe Mosgley is repairing his washtub, to have it ready to set out under the next rain that comes along.

A show direct from a "two years' run on Broadway, New York," played at the opera house at Tickville, last Saturday night. The manager says he is glad he did not book them for that long.

Atlas Peck came out in a new shirt last Sunday. It so nearly matches his wife's last summer's calico dress that his appearance has caused some little comment.

### FEDERAL MOBILIZATION OF LABOR IN ARIZONA

Thomas Croaff of the employment service of the department of labor in Arizona, has received a telegram from Washington, stating that the senate appropriations committee reports a bill providing $7,500,000 for the use of this department. Croaff says that part of this money will be used in Arizona for the mobilization of labor, as it is the plan of the department of labor to take over the entire distribution of labor during the period of the war. This will include taking labor from non-essential industries and placing it in essential branches of industry.

---

### Now Well
"Thedford's Black-Draught is the best all-round medicine I ever used," writes J. A. Steelman, of Pattieville, Texas. "I suffered terribly with liver troubles, and could get no relief. The doctors said I had constipation. I could not work at all. Finally I tried

### THEDFORD'S BLACK-DRAUGHT
and to my surprise, I got better, and am to-day as well as any man." Thedford's Black-Draught is a general, cathartic, vegetable liver medicine, that has been regulating irregularities of the liver, stomach and bowels, for over 70 years. Get a package today. Insist on the genuine—Thedford's.   E-70

---

### OVERLAND TRIP INTERESTING

Accompanied by his son, Mr. John Sidebotham arrived in Clifton last Monday from his home in California, making the trip in his Ford car. He came into Greenlee via the Apache reservation from Springerville and Holbrook, and said the trip was one of much pleasure, as the scenic attractions along the route are the finest to be seen.

"There were many things of interest to be seen along the way, and much to interest an observing person," he stated to the Copper Era man after his arrival Monday. "I have lived in Arizona for many years, and find many changes have been made in this state since I left here for California last February. I still call Arizona home, though I am temporarily residing in California.

"I found that work on the railroad through the Apache forest is progressing rapidly, and much big timber is being gotten out in that reservation. I was told that government is having men catch the wild horses in Apache forest for which they are paying $1-$2 cents per head delivered at the railroad. It is stated that these animals are being used for cannon, but was not told for whom the meat will be prepared. The best animals are turned back into the forest to be used, but especially the mares.

"We found much rough country, and the roads correspondingly bad, especially the last part of the journey. But there was much fertile and level land also seen. While enroute we passed through many interesting scenes, not the least o which I was most interested in the Petrified Forest and the old village of cliff dwellers near Flagstaff.

"While I am glad that I have reached my destination, yet I would not have missed the trip for any reasonable sum."

Mr. Sidebotham, when in Arizona, made his home at Morenci, and is well known in Clifton also. He and son will remain here all summer, and will be the guests of his brother, Thomas Sidebotham.

Singer Sewing Machine in first-class condition, also plans for sale. Address box 562, Clifton.   itoN.

---

### SAFETY FIRST
### AUTO STAGE
S. G. MURILLO, Prop.

Between Clifton and Metcalf. Three trips daily. Cars leave State Bank, Metcalf and Peoples Bank & Trust Co., Chase Creek, Clifton.

| Lv. Metcalf | Lv. Clifton |
|---|---|
| 8:00 A. M. | 10:00 A. M. |
| 11:00 A. M. | 2:00 P. M. |
| 4:00 P. M. | 6:00 P. M. |

See Drivers for other trips.
For special calls phone A. C. No. 4-J.