**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| International Society for the Protection of Mustangs and Burros,<br><br>Plaintiff,<br><br>vs.<br><br>United States Department of Agriculture, et al.,<br><br>Defendants. | No. CV-22-08114-PHX-SPL<br><br>**ORDER** |

Before the Court is a Motion to Intervene (Doc. 37) filed by the Center for Biological Diversity and the Maricopa Audubon Society (collectively, "the Center"). The Center requests leave to intervene as a defendant in this matter. Defendants United States Department of Agriculture, Tom Vilsack, United States Forest Service, and Judy Palmer do not oppose the Center's intervention. (Doc. 37 at 2). The Center asserts that it contacted Plaintiff International Society for the Protection of Mustangs and Burros ("Plaintiff") on the issue, but that Plaintiff failed to respond. (*Id.*). Plaintiff has also failed to file any Response to the Center's Motion. Therefore, the Court will treat Plaintiff's failure to respond as a consent to the granting of the Motion and the Court will dispose of the Motion summarily. *See* LRCiv. 7.2(i).

///

///

///

Accordingly,

**IT IS ORDERED** that the Center for Biological Diversity's and the Maricopa Audubon Society's Motion to Intervene (Doc. 37) is **granted**. The Center for Biological Diversity and the Maricopa Audubon Society are permitted to intervene as of right as party defendants.

**IT IS FURTHER ORDERED** that the Center for Biological Diversity and the Maricopa Audubon Society are directed to file their Answer on the docket by **no later than August 24, 2022**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **amend the caption** to reflect the Center for Biological Diversity and the Maricopa Audubon Society as intervenor-defendants in this action.

Dated this 22nd day of August, 2022.

Honorable Steven P. Logan
United States District Judge